## ANDREW S. RAJCOK *v.* STOP AND SHOP COMPANIES, INC.
### (AC 23356)

Lavery, C. J., and Foti and Flynn, Js.

Submitted on briefs May 2—officially released June 10, 2003

Per Curiam. The judgment is affirmed.

## VALERY JO PARZIALE *v.* THOMAS PARZIALE
### (AC 23418)

Lavery, C. J., and Foti and Flynn, Js.

Submitted on briefs May 2—officially released June 10, 2003

Per Curiam. The judgment is affirmed.

## EARL BONHOTEL *v.* NANCY BONHOTEL
### (AC 23522)

Foti, Schaller and West, Js.

Argued May 7—officially released June 10, 2003

Per Curiam. The judgment is affirmed.

## WALTER MROWKA *v.* JOHN BERNARDI
### (AC 22909)

Foti, Schaller and West, Js.

Argued May 7—officially released June 10, 2003

Per Curiam. The judgment is affirmed.